odsmbnc (04/11)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:

    DARALI, Inc.

    Debtor(s)

Bankruptcy Proceeding No.  23−80062−TLS
Chapter  11

Judge:  Thomas L Saladino

**ORDER DISMISSING CASE**

  Order Granting Motion to Dismiss Case Filed by Debtor DARALI, Inc. (Related Doc # [28]). The pleading was filed, served and noticed pursuant to local rules. The Objection by Trustee Donald L. Swanson (Fil. #30) and the Limited Objection by Creditor Commercial State Bank (Fil. #37) have been withdrawn. The motion is granted.

  Dated:   March 22, 2023

                                      BY THE COURT:

                                      /s/ Thomas L Saladino
                                          Chief Judge

Copies mailed to all creditors and parties in interest.